# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| SERTRADING (BR) LTDA., a Brazilian corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ROTOR AVIATION INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-03215-JAK (AFMx)<br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Sertrading (BR) Ltda. shall have and recover judgment from Defendant Rotor Aviation, Inc. in total the amount of $3,347,052.70 for monetary damages, pre-judgment interest to be calculated at an annual rate of 10% commencing on July 1, 2014 and costs in the amount of $1,029.42, to be awarded upon a submission of a bill of costs.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated: May 25, 2017  _____
John A. Kronstadt
United States District Judge